UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY J. PALMER,<br><br>        Plaintiff,<br><br>v.<br><br>LINDA S. McMAHON,[1]<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-06-3050-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 29). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6). After considering the stipulation,

    **IT IS ORDERED** that the above-captioned case be remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Administrative Law Judge ("ALJ") will: (1) re-evaluate the medical evidence in the relevant period and in particular, the reports and opinion of Dr. Martinez; (2) recontact

---

[1] As of January 20, 2007, Linda S. McMahon succeeded Defendant Commissioner Jo Anne B. Barnhart as Acting Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d)(1), Commissioner Linda S. McMahon should be substituted as Defendant, and this lawsuit proceeds without further action by the parties. 42 U.S.C. § 405(g).

ORDER - 1

1  Dr. Martinez, if appropriate; (3) reconsider Plaintiff's residual
2  functional capacity and (4) perform a new step four evaluation,
3  and if necessary, a step five analysis with vocational expert
4  evidence.
5    Accordingly, this Court hereby reverses the Commissioner's
6  decision under sentence four of 42 U.S.C. § 405(g) with a remand
7  of the cause to the Commissioner for further proceedings.  *See*
8  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).
9    **IT IS FURTHER ORDERED:**
10   1.  The parties Joint Motion to Remand (**Ct. Rec. 29**) is
11  **GRANTED**.
12   2.  Judgment shall be entered for the **PLAINTIFF**.
13   3.  An application for attorney fees may be filed by
14  separate motion.
15   4.  The District Court Executive is directed to enter this
16  Order, forward copies to counsel, and thereafter shall **close** this
17  file.
18   DATED this   5th   day of February, 2007.

                                     S/ Michael W. Leavitt
                                     MICHAEL W. LEAVITT
                                     UNITED STATES MAGISTRATE JUDGE

ORDER - 2