# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

NANCY J. PALMER,          )

        Plaintiff,         )

vs.                    )

LINDA S. McMAHON,         )
Commissioner of Social Security,  )

        Defendant.      )

_____)

NO.  CV-06-3050-MWL

**JUDGMENT IN A CIVIL CASE**

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered for **Plaintiff**.

**FILE CLOSED.**

DATED this 5th day of February, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ Alma R. Gonzalez
by: _____
ALMA R. GONZALEZ
Deputy Clerk

cc: all counsel